## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Michael Janvier

        Plaintiff,

v.

City Of Evanston, et al.

        Defendant.

Case No.: 1:26–cv–00197
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic status hearing held on 06/29/2026, to discuss settlement. Plaintiff seeks appointment of counsel to assist with settlement and acknowledged that the attorney's role will be limited to settlement matters only. The Court will recruit counsel through the Pro Se Litigants' Settlement Assistance Program. As soon as SAP Counsel is selected, s/he is to file a notice of appearance. A telephonic status hearing is set for 07/20/2026 at 9:30 a.m., to discuss scheduling a settlement conference with the Magistrate Judge and the Court will also set a schedule for the exchange of settlement proposals. **Counsel should come prepared to discuss the availability of counsel and decisionmakers in September, October, and November.** The Court will also address logistics for the settlement conference itself, which will likely take place remotely. In advance of the telephone hearing, counsel are directed to review Magistrate Judge McShain's Standing Order for Settlement Conferences (available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Settlement Conferences"). To participate in the telephonic status hearing, the dial–in number is 650–479–3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court also confirmed Plaintiff's telephone number, and the docket has been updated to reflect the correct number. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.